

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00203-CV

**IN THE INTEREST OF L.A.V.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM506059
Honorable Eric J. Rodriguez, Associate Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order Establishing the Parent-Child Relationship is REVERSED IN PART AND AFFIRMED IN PART. The trial court's order relating to child support owed by appellant is reversed and this cause is REMANDED for a new trial on the issue of child support. In all other respects, the trial court's Order Establishing the Parent-Child Relationship is affirmed.

No costs of appeal are assessed against appellant.

SIGNED April 29, 2020.

_____
Liza A. Rodriguez, Justice